# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MADELINE VILLAVICENCIO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-258

[July 29, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case Nos. 15-007544-MM-10A and 16-000071-AC-10A.

Gordon Weekes, Public Defender, and Lisa S. Lawlor, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***